# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA TADAYYONI MOGHADDAM,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>Respondents. | Case No. 26-cv-02018-BAS-MSB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br>**(ECF No. 1)** |

Petitioner Aria Tadayyoni Moghaddam filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  The Court held a hearing on the Petition. (ECF No. 13.)

In light of the Government's concession (ECF No. 12), the Court **GRANTS** the Petition and finds that Petitioner's detention has been unreasonably and arbitrarily prolonged under the Due Process Clause.  Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Aria Tadayyoni Moghaddam (A# 221-395-657) within 14 days of the date of this Order.  At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk.  If the Government fails to provide a timely hearing, Petitioner is ordered released forthwith.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 24, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv2018